AO 245 B (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.                                              Case Number    05cr872

INTERACTIVE LOGISTICS

Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, INTERACTIVE LOGISTICS, was represented by William J. Hughes, Jr., Esq and Joseph Hayden, Esq.

The defendant pled guilty to count(s) ONE, TWO AND THREE of the INFORMATION on December 8, 2005. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 18 USC 1343 AND 2 | WIRE FRAUD | 12/2001 - 5/2004 | 1-3 |

As pronounced on January 13, 2006, the defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $1200.00, for count(s) 1-3, which shall be due immediately. Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 13th day of January, 2006.

JOSEPH E. IRENAS
Senior United States District Judge

AO 245 B (Rev. 12/03) Sheet 5 - Fine

Judgment – Page 2 of 2

Defendant: INTERACTIVE LOGISTICS
Case Number: 05cr872

**FINE**

The defendant shall pay a fine of $850000.

This fine is due immediately and shall be paid in full within 30 days of sentencing. Pursuant to 18 U.S.C. § 3612(f)(2) interest shall accrue on any portion of this fine that is not paid within 15 days of this judgment.

This amount is the total of the fines imposed on individual counts, as follows: $283,334.00 on Count 1, $283,333.00 on Count 2, $283,333.00 on Count 3

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. § 3614.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.